No. 77–226. MITCHELL, WARDEN v. HEALEY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–1371. SEABOARD COAST LINE RAILROAD CO. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL.; and

No. 76–1400. SOUTHERN PACIFIC TRANSPORTATION CO. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 539 F. 2d 386.

No. 76–1675. NORTH CAROLINA UTILITIES COMMISSION ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 76–1676. UNITED STATES INDEPENDENT TELEPHONE ASSN. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 76–1677. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 76–1814. UNITED SYSTEM SERVICE, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 552 F. 2d 1036.

No. 76–1721. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. UNITED STATES ET AL.;

No. 76–1795. ANHEUSER-BUSCH, INC. v. UNITED STATES ET AL.;

No. 76–1870. AMERICAN BAKERS ASSN. v. UNITED STATES ET AL.; and

No. 77–24. BOARD OF TRADE OF KANSAS CITY, MISSOURI, INC. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 549 F. 2d 1186.